IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY LEE SAILES,
    Plaintiff,

vs.                        Case No. 3:11cv514/LAC/EMT

KEN TUCKER, Secretary,
Florida Department of Corrections,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 23, 2011 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  In response, Plaintiff filed a Motion for Leave to File an Amended Complaint (doc. 6), which the Court construes to include objections to the Report and Recommendation.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This cause is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    Plaintiff's Motion for Leave to File an Amended Complaint (doc. 6) is **DENIED** in light of the instant Order.

**DONE AND ORDERED** on this 27th day of December, 2011.

                                            s/ *L.A. Collier*
                                              Lacey A. Collier
                                    Senior United States District Judge